EMPIRE CARPET CORPORATION, Respondent, v. BUSH TERMINAL BUILDINGS COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GUSTAVE DETMAR, Respondent, v. MAX NUSSBAUM, Doing Business under the Firm Name and Style of CENTRAL FRUIT MARKET, Appellant.— Order affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days from service of order upon payment of said costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [149 Misc. 469.]

HORTENSE C. FRANK, Respondent, v. THOMAS A. TUTHILL, Appellant.— Order reversed, with twenty dollars costs and disbursements, and motion denied, with ten dollars costs. The order of arrest in a personal injury case rests in the sound discretion of the court. The record on this application does not justify the exercise of such discretion in favor of the plaintiff. (See *Gelles* v. *Rosenbaum*, 141 Misc. 588; *Levy* v. *Bernhard*, 2 App. Div. 336; *Reiss* v. *Levy*, 165 id. 1.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of FRANCIS T. McENENY, Respondent, for an Order of Mandamus against BERNARD S. DEUTSCH, President of the Board of Aldermen of The City of New York, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANTHONY W. TRIPP v. JOSEPH H. MEYER BROTHERS.— Motion denied. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of ALEXANDER C. PROUDFIT, an Attorney.— Reference ordered. Present — Finch, P. J., Merrell, Martin, O'Malley and Glennon, JJ.

GEORGE PETKINIC, Plaintiff, v. MARC EIDLITZ & SON, INC., Appellant, and EDWARD J. McGRATTY and CHARLES L. McGRATTY, Copartners, etc., Respondents.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. DAVID H. PERLMUTTER and JOSEPH M. ARNOW, Appellants.— Judgment affirmed. No opinion, Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE BANK OF UNITED STATES, Appellant, v. DELANCEY CLINTON REALTY CO., INC., and Others, Defendants, Impleaded with LOUIS B. APPLETON and Others. Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Merrell, Townley, Glennon and Untermyer, JJ.